**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Duduzile Barbra Tholo,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-03206-PHX-MTL

**ORDER**

Petitioner, a native and citizen of South Africa, filed a pro se § 2241 petition on May 7, 2026, while detained at the Eloy Detention Center. Respondent answered the petition on June 5, 2026, asserting Petitioner was not entitled to relief. (Doc. 10). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's A number and a birth country of South Africa.

Accordingly,

**IT IS ORDERED that** Respondent shall have until **September 21, 2026**, to file notice advising whether Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 16th day of September, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge